[No. 8104–7–I.   Division One.   February 2, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
R. KLAPPROTH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89941, Robert W. Winsor, J., entered September 20, 1979. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 8013–0–I.   Division One.   February 2, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK
POLLARD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89975, Robert E. Dixon, J., entered September
20, 1979. *Affirmed* by unpublished opinion per Corbett, J.,
concurred in by James, C.J., and Callow, J.

[No. 7806–2–I.   Division One.   February 2, 1981.]

EUGENE A. STOCK, *Appellant,* v. ARTHUR E. RISTE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 823156, Stanley C. Soderland, J., entered June
27, 1979. *Reversed* by unpublished opinion per Callow, J.,
concurred in by James, C.J., and Ringold, J.

[No. 7635–3–I.   Division One.   February 2, 1981.]

JAMES MCCARTHY, ET AL, *Respondents,* v. RICHARD
T. MCCLAIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 803198, David W. Soukup, J., entered April 6,
1979. *Affirmed* by unpublished opinion per James, C.J.,
concurred in by Callow and Durham, JJ.